| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 35 M | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Hom | REPORTER/FTR<br>FTR: 9:32-10:04 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>March 12, 2019 | NEW CASE ☒ | CASE NUMBER<br>3:19-mj-70373-JCS |

### APPEARANCES

| DEFENDANT<br>Amy Colburn | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jodi Linker, prov appt | PD. ☐  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Briggs Matheson, Eric Cheng, P.O'Brien | | INTERPRETER<br>NA | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D<br>for today's proceedings |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Tim Elder | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>Rule 5-Dist MA | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 500,000 p/r | SPECIAL NOTES | ☒ PASSPORT SURRENDERED<br>DATE: 3/15/19 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF  Massachusetts

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### ID Counsel   CONTINUANCE

| TO:<br>3/29/19 (in Boston) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING<br>_____<br>☐ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ ~~STATUS~~<br>Initial Appearance |
| BEFORE HON.<br>M. Page Kelley | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING<br>Status re: |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Gov't Oral Motion to Unseal Entire Case -GRANTED. Dft waived her Identity hearing. Any passport that was taken by the Agent shall be turned over to pretrial services. Proffers heard.

DOCUMENT NUMBER: